AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| MARY F. JACKSON-HEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **2:12-CV-8-BO** |
| ) | |
| ELIZABETH CITY STATE UNIVERSITY and ) | |
| DAVID BEJOU, ) | |
| ) | |
| Defendants. ) | |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment [D.E. 31] is GRANTED and Defendants' Motion for Payment of Expert Fee [D.E. 32] is DENIED. The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**September 13, 2013**</u> WITH A COPY TO:

James R. Theuer (via CM/ECF electronic notification)
Katherine A. Murphy (via CM/ECF electronic notification)

| | |
|---|---|
|  September 13, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | <u>/s/ Debby Sawyer             </u> |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |